IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; THE HUMANE SOCIETY OF THE UNITED STATES; HUMANE SOCIETY LEGISLATIVE FUND; and SIERRA CLUB, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of U.S. Fish and Wildlife Service; and DEB HAALAND, in her official capacity as U.S. Secretary of the Interior, <br><br> Defendants. | CV 24–44–M–DLC <br><br> ORDER |

The Complaint having been filed in this case, and pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and D. Mont. L.R. Civ. 16.1, 16.2, & 26.1,

**IT IS ORDERED:**

**1. Responsibility of Plaintiffs' Counsel**. This order is issued at the outset of the case, and a copy is delivered by the Clerk of Court to counsel for the plaintiff. Plaintiffs' counsel is directed to serve a copy of this Order to all parties that have appeared, and to each other party within ten (10) days after receiving

1

notice of that party's appearance. Plaintiffs' case may be dismissed without prejudice if Plaintiffs fail to serve opposing counsel with this order.

**2. Preliminary Pretrial Statement.** The parties are not required to file a preliminary pretrial statement.

**3. Rule 26(f) Conference and Case Management Plan.** The parties shall file a joint proposed case management plan on or before **June 10, 2024.** The parties shall also e-mail a copy of the proposed case management plan in Word format to dlc_propord@mtd.uscourts.gov. Lead trial counsel for the respective parties shall, at least two weeks before the Case Management Plan is due, meet to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case and to develop the proposed case management plan. The case management plan resulting from the Rule 26(f) conference <u>is not subject to revision</u> absent compelling reasons.

**4. Contents of Case Management Plan.** The proposed case management plan shall contain deadlines for the following pretrial motions and events or shall state that such deadlines are not necessary:

   Motions to Dismiss (fully briefed)
   Certification of Administrative Record
   Motions to Supplement the Administrative Record
   Motions to Amend the Pleadings
   Completion of Discovery
   Motions for Summary Judgment (fully briefed)
   Additional Deadlines Agreed to by the Parties

"Fully briefed" means that the motion, the brief in support of the motion, and the opposing party's response brief are filed with the court by the deadline. A party seeking to amend the pleadings after the date specified above must show "good cause" for amendment under Federal Rule of Civil Procedure 16(b)(4). Only when that showing has been made will the Court consider whether amendment is proper under Federal Rule of Civil Procedure 15.

**5. Representation at Rule 26(f) Conference**. Each party to the case must be represented at the Rule 26(f) conference by at least one person with authority to enter into stipulations.

**6. Stipulation to Foundation and Authenticity**. Pursuant to Rule 16(c)(3), the parties shall either:

a)  enter into the following stipulation:

> The parties stipulate as to foundation and authenticity for all written documents produced in pre-trial disclosure and during the course of discovery.  However, if receiving counsel objects to either the foundation or the authenticity of a particular document, then receiving counsel must make specific objection to producing counsel in writing within a reasonable time after receiving the document.  A "reasonable" time means that producing counsel has sufficient time to lay the foundation or establish authenticity through depositions or other discovery.  If the producing party objects to a document's foundation or authenticity, the producing party shall so state, in writing, at the time of production, in sufficient time for receiving counsel to lay the foundation or establish authenticity through depositions or other discovery.  All other objections are reserved.

or

    b) state why a stipulation to authenticity and foundation is not appropriate for the case.

**7. Administrative Record:** If an administrative record is involved, it must be filed in an indexed and searchable electronic format. The government shall provide Plaintiffs with the administrative record on or before the administrative record filing deadline set out in ¶ 4, *supra*. The government must also file with the Court a single hard copy of the following documents (along with any attachments or appendices), to the extent any such documents are at issue in the case:

    Final Environmental Impact Statement/Environmental Assessment
    Supplemental Environmental Impact Statement/Environmental Assessment
    Record of Decision or Decision Notice
    Forest Plan or other programmatic planning document
    Biological Assessment
    Biological Opinion
    Finding of No Significant Impact
    Final Listing/Delisting Rule

**8. Hyperlinked Briefs.** In addition to filing all summary judgment briefs/responses/replies on the electronic docket, the parties are required to contemporaneously submit a flash drive containing a digital version of the brief (Word or PDF) with hyperlinks to the record citations.

    DATED this 8th day of April, 2023.

                                                      Dana L. Christensen, District Judge
                                                      United States District Court